

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-12-00815-CR

Reynaldo **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1969
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On January 14, 2014, this court denied all pending requests for oral argument and set this cause for submission on briefs.

On January 23, 2014, Appellant Reynaldo Flores, filed a pro se "Motion Requesting Oral Argument." Having considered the points in Appellant's motion, the record, and the briefs, we again conclude that oral argument will not significantly aid the court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8.

Appellant's motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court